# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RODRIGUEZ **E-FILING**

v.

THE COUNTY OF SANTA CLARA **ADR**

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 01377 JF RS

TO: (Name and address of defendant)

The County of Santa Clara
70 West Hedding Street, East Wing 9th Floor
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 1 2008
DATE

Tony Salinas-Harwell

(BY) DEPUTY CLERK