# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RODRIGUEZ **E-FILING**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V. **ADR**

THE COUNTY OF SANTA CLARA, et al.

C08 01377 JF

**RS**

TO: (Name and address of defendant)

Santa Clara County, Office of the District Attorney
70 West Hedding Street
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California  95113

an answer to the complaint which is herewith served upon you, within  20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 1 1 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK