# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RODRIGUEZ,

**E-FILING**

v.

THE COUNTY OF SANTA CLARA, ET AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**ADR**

**C08 01377 JF RS**

TO: (Name and address of defendant)

Santa Clara County, Crime Laboratory
1557 Berger Drive, Suite B-2
San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 1 2008

Tiffany Salinas-Harwell
_____
(BY) DEPUTY CLERK