# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

JEFFREY RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

v.    ADR

CASE NUMBER:

C08 01377 JF

RS

THE COUNTY OF SANTA CLARA, ET AL.

TO: (Name and address of defendant)

John Luft, District Attorney
Santa Clara County, Office of the District Attorney
70 West Hedding Street
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within  20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK

MAR 1 1 2008

DATE_____