# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 APR 16 P 3 38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

E-FILING

JEFFREY RODRIGUEZ,

v.

THE COUNTY OF SANTA CLARA, ET AL.

ADRC 08 01377 JF

RS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

Carmelo Ramirez
211 Taragon Ave
Morgan Hill, CA 95037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 1 2008
DATE_____

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action    Rodriguez v The County of Santa Clara, et al.    Case #C 08-01377JF

Documents Served; Summons in a Civil Case; First Amended Complaint; USDC Guidelines; Order Setting Initial Case Management Conference; ADR Deadlines

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    DATE  April 1, 2008  6:10 p.m.

Name of SERVER (PRINT)  Joel Bret Spencer    TITLE  Registered Process Server

*Check one box below to indicate appropriate method of service*

**X**  Served Personally upon the Defendant. Place where served:
Carmelo Ramirez
Kragens, 1st St. Gilroy, 1051 1st St, Gilroy, CA 95020

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.
Name of person with whom the summons and complaint were left

**X**  Albert Arredondo, Store Assistant Manager, Apparently in Charge

Returned unexecuted:

Other (specify):

**X**  And by First-Class Mail on April 2, 2008, from San Jose, California

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $80.00 |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 4, 2008
Date

Signature of Server
Joel Bret Spencer

**JOEL BRET SPENCER**
**SANTA CLARA COUNTY #1141**

Address of Server
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112
Santa Clara County, California
Registration #1141

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Declaration Regarding Diligence
## To Effect Personal Service

In the  United States District  Court,  District  of  Northern California

Case Title: Rodriguez v The County of Santa Clara, Et Al.   Case # C 08-01377JF

Person to be served: Carmelo Rodriguez       Time served: 6:10 p.m.

Person substituted: Albert Arredondo        Date Served: April 1, 2008

Relationship:    coworker, apparently in charge

At:  Home address:

   Business address: Kragens, 1st Street Gilroy, 1051 1st St, Gilroy, CA 95020

Or within the judicial district in which the address specified is situated, as enumerated below:

On March 28, 2008 , at 3:10 p.m. , I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant was not in.

On March 29, 2008 , at 9:25 p.m. , I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant was not in.

On April 1, 2008 , at 6:10 p.m. , I attempted to serve the defendant at the ( ) home
(x) business address shown above, but could not serve the defendant personally because:
( ) There was no answer. ( ) The business was closed. (x) I was informed the defendant was not in.

I talked with, explained the general nature of the papers to, and left the papers with Albert Arredondo  who is over the age of eighteen years and (x) a person apparently in charge ( ) a competent member of the household. I asked that they be given to the defendant.

**Date of mailing, first class postage prepaid:** April 2, 2008
The substituted service was initiated under provisions of the CCP Sec. 415.20. I declare under the penalty of perjury the preceding statement is true and correct, and that I am at least eighteen years of age, and not a party to this action.

Executed on April 4, 2008    at San Jose, California.

Santa Clara County, Registration #1141
County Process Service Inc.
Licensed & Bonded
31 East Julian Street
San Jose, California 95112
Phone (408) 297-6070  Fax 297-6160

Joel Bret Spencer
JOEL BRET SPENCER
SANTA CLARA COUNTY #1141