ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA, SANTA
CLARA COUNTY OFFICE OF THE DISTRICT
ATTORNEY, SANTA CLARA COUNTY
CRIME LABORATORY, MARK MORIYAMA,
JOHN LUFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>　　Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK MORIYAMA, JOHN LUFT, CARMELO RAMIREZ and DOES 1 through 50, inclusive,<br><br>　　Defendants. | Case No. C08-01377 JF<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have Magistrate Judge Seeborg, a United States Magistrate Judge, conduct any and all further proceedings in the case, including trial, and order the entry of

/ /

/ /

/ /

/ /

/ /

1  a final judgment. Appeal from the judgment shall be taken directly to the United States Court
2  of Appeals for the Ninth Circuit.

3  Dated: June 10, 2008                                Respectfully submitted,

4                                                      ANN MILLER RAVEL
                                                       County Counsel

6                                                By:   _____/S/_____
                                                       DAVID M. ROLLO
7                                                      Deputy County Counsel

8                                                      Attorneys for COUNTY OF SANTA
                                                       CLARA, SANTA CLARA COUNTY
9                                                      OFFICE OF THE DISTRICT
                                                       ATTORNEY, SANTA CLARA
10                                                     COUNTY CRIME LABORATORY,
                                                       MARK MORIYAMA, JOHN LUFT

12  129868.wpd