# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

E-FILING

JEFFREY RODRIGUEZ

v.

THE COUNTY OF SANTA CLARA ET AL.

ADR

2008 JUN 20  A 10:18

**SUMMONS IN A CIVIL CASE**

RICHARD W. WIEKING
CLERK
CASE NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## C08  01377  JF

RS

TO: (Name and address of defendant)

The County of Santa Clara
70 West Hedding Street, East Wing 9th Floor
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 1 2008

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

Case #C 08 01377JF    Rodriguez v County of Santa Clara, et al

Summons; Complaint; Order Setting Initial Case Management Conference; ADR Deadlines; Civil Case
Coversheet, Standing Order regarding Case Management in Civil Cases; Notice of Assignment to the
Honorable Jeremy Fogel; US District Court Guidelines

# RETURN OF SERVICE

| | DATE June 5, 2008 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT)    Timothy Bly, #1173 | TITLE  Registered Process Server |

| Check one box below to indicate appropriate method of service |
|---|

**x**  Served Personally upon the Defendant. Place where served:
The County of Santa Clara, 70 W. Hedding St, 10th floor, San Jose, CA 95110
by serving, Alice Heemskerk, Deputy Clerk to the Board, authorized to accept

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  42.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 9, 2008___
        Date

_Signature of Server_
Timothy Bly

**TIMOTHY N. BLY**
**SANTA CLARA COUNTY #1173**

_Address of Server_
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.