# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JEFFREY RODRIGUEZ,   E-FILING

2008 JUN 20 A 10: 18

**SUMMONS IN A CIVIL CASE**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CASE NUMBER:

V.

THE COUNTY OF SANTA CLARA, ET AL

ADR C 08 01377 JF RS

TO: (Name and address of defendant)

John Luft, District Attorney
Santa Clara County, Office of the District Attorney
70 West Hedding Street
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAIME A. LEAÑOS, ESQ. SBN: 159471
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite #250
San José, California 95113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 1 2008
DATE_____

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 04, 2008 |

| Name of SERVER | TITLE |
|---|---|
| Florysel M. Poladian | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

Office of the District Attorney
70 West Hedding Street, East Wing 9th. Floor
San Jose, CA 95110

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Rudy Galvez, Receptionist. Documents served: Summons. Civil Cover Sheet, First Amended Complaint, Order Setting CMC, and ADR deadlines, Standing Order Regard. Case Management, Notice of Assignment, Notice of Lawsuit and Req. of Summons, Waiver of Service of Summons.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 04, 2008
           Date

Signature of Server
Florysel M. Poladian

Address of Server
Law Office Of Morales & Leanos
75 E. Santa Clara St., Suite 250
San Jose, CA 95113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure