| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| 2 | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)<br>OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor<br>San Jose, California 95110-1770 |
| 4 | Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240 |
| 5 | Attorneys for Defendants |
| 6 | COUNTY OF SANTA CLARA, SANTA<br>CLARA COUNTY OFFICE OF THE |
| 7 | DISTRICT ATTORNEY, SANTA CLARA<br>COUNTY CRIME LABORATORY, MARK |
|   | MORIYAMA, JOHN LUFT |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| JEFFREY RODRIGUEZ, | ) | Case No. C08-01377 JF |
| | ) | |
| Plaintiff, | ) | **NOTICE OF NEED FOR ADR PHONE** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | |
| THE COUNTY OF SANTA CLARA, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel report that they have met and conferred regarding ADR and that they:

☐  have not yet reached an agreement to an ADR process

☒  request an Early Settlement Conference with Magistrate Judge Richard Seeborg

Date of Case Management Conference currently 07/18/08 (Request to Change filed)

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone | E-Mail Address |
|---|---|---|---|
| Jaime A. Leanos | Plaintiff | (408) 294-6800 | jleanoslaw@pacbell.net |
| David M. Rollo | Defendants | (408) 299-5900 | david.rollo@cco.sccgov.org |

/ /

/ /

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that led trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 27, 2008            By:        /S/
                                      JAIME A. LEANOS

                                      Attorney for Plaintiff

Dated: June 27, 2008            ANN MILLER RAVEL
                                County Counsel

                                By:        /S/
                                      DAVID M. ROLLO
                                      Deputy County Counsel

                                Attorneys for Defendants
                                COUNTY OF SANTA CLARA, SANTA
                                CLARA COUNTY OFFICE OF THE
                                DISTRICT ATTORNEY, SANTA
                                CLARA COUNTY CRIME
                                LABORATORY, MARK MORIYAMA,
                                JOHN LUFT

132663.wpd