1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY OFFICE OF THE
   DISTRICT ATTORNEY, SANTA
7  CLARA COUNTY CRIME
   LABORATORY, MARK MORIYAMA,
8  JOHN LUFT

9

10                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                          (SAN JOSE)

12

13  JEFFREY RODRIGUEZ,              )   No.    C08-01377 JF
                                    )
14          Plaintiff,              )   **STIPULATED REQUEST FOR ORDER**
                                    )   **CHANGING TIME**
15  v.                              )
                                    )
16  THE COUNTY OF SANTA CLARA,      )
    et al.,                         )
17                                  )
                                    )
18          Defendants.             )
                                    )
19  _____)

20          Plaintiff Jeffrey Rodriguez, through his counsel of record Jaime Leanos, and defendants

21  County of  Santa Clara, Santa Clara County Office of the District Attorney, Santa Clara County

22  Crime Laboratory, Mark Moriyama and John Luft , through their counsel of record Deputy

23  County Counsel David M. Rollo, hereby STIPULATE AND REQUEST AN ORDER changing

24  the Court's Order setting the initial Case Management Conference and the time within which

25  the defendant County of Santa Clara may respond to the complaint.  This Stipulated Request

26  is made to accommodate the calendars of counsel and the fact that defendants other than the

27  County have until August 4, 2008 to respond to the complaint pursuant to Federal Rule of

28  Civil Procedure, Rule 4.

1     The current Initial Case Management Conference is set for July 18, 2008.  The parties

2     request the conference be reset to a date after August 4, 2008.  The parties also request that

3     defendant County of Santa Clara's time to respond to the complaint be extended to August 4,

4     2008.

5     I hereby attest that I have on file all holograph signatures for any signatures indicated by

6     a "conformed" signature ( /S/ ) within this e-filed document.

7     **SO STIPULATED.**

8     Dated: June 27, 2008                                      _____/S/_____

                                                               JAIME A. LEANOS

9                                                              Attorney for Plaintiff

10

11    Dated: June 27, 2008                                      _____/S/_____

                                                               DAVID M. ROLLO

12                                                             Deputy County Counsel

13                                                             Attorney for Defendants

14    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15    The Initial Case Management Conference is hereby continued to _____

16

17    Dated:_____                                 _____

                                                               HONORABLE JEREMY FOGEL

18                                                             United States District Judge

19

20

21

22

23

24

25    132563.wpd

26

27

28