ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK MORIYAMA, JOHN LUFT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| JEFFREY RODRIGUEZ, | No.   C08-01377 JF |
| Plaintiff, | **DECLARATION OF DAVID M. ROLLO IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| THE COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

I, David M. Rollo, hereby declare as follows:

1. That I am a Deputy County Counsel for the County of Santa Clara and attorney of record for defendants County of Santa Clara, Santa Clara County Office of the District Attorney, Santa Clara County Crime Laboratory, Mark Moriyama and John Luft in this matter.

2. That the parties have stipulated and request an order changing the date for the initial case management conference to a date after August 4, 2008.

3. That defendant County of Santa Clara's time to respond to the complaint be enlarged to August 4, 2008 pursuant to stipulation.

4. The other county defendants have all agreed as of June 4, 2008 to waive service of

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declaration of David Rollo in Support of Stipulated
Request for Order Changing Time      -1-                                  C08-01377 JF

1  summons and are scheduled to respond to the complaint by August 4, 2008.

2       5.  There have been no previous time modifications requested in this case.

3       6.  The current case schedule has set the Initial Case Management Conference for July

4  18, 2008.

5      The requested modification would likely result in the matter be set 30 to 60 days beyond

6  the original scheduled date. The parties have conferred already regarding an ADR process and

7  have agreed to an early court supervised Settlement Conference before Magistrate Seeborg.

8       7.  Counsel for both parties have agreed to this request in order to accommodate their

9  schedules and allow for the case to proceed with a single response date to the complaint.

10     I declare that the above statements are true and correct.

11 Dated: June 27, 2008                                  /S/
                                                          DAVID M. ROLLO

19 132572.wpd

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Declaration of David Rollo in Support of Stipulated
Request for Order Changing Time      -2-      C08-01377 JF