1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY OFFICE OF THE
   DISTRICT ATTORNEY, SANTA
7  CLARA COUNTY CRIME
   LABORATORY, MARK MORIYAMA,
8  JOHN LUFT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| JEFFREY RODRIGUEZ, | No.   C08-01377 JF |
| Plaintiff, | **DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |
| v. | **(DEMAND FOR JURY TRIAL)** |
| THE COUNTY OF SANTA CLARA; SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY; SANTA CLARA COUNTY CRIME LABORATORY; MARK MORIYAMA; JOHN LUFT; CARMELO RAMIREZ, and Does 1 Through 50, Inclusive, | |
| Defendants. | |

Defendants, County of Santa Clara, Santa Clara County Office of the District Attorney, Santa Clara County Crime Laboratory, Mark Moriyama, and John Luft ("Defendants"), answer Plaintiff's First Amended Complaint for Damages ("Complaint") by admitting, denying, and alleging as follows:

**I. INTRODUCTION**

Answering the allegations of paragraphs 1 and 2 of the Complaint, Defendants deny all allegations therein.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages                -1-                                C08-01377 JF

Answering the allegations of paragraph 3 of the Complaint, Defendants admit Plaintiff was released from prison on or about February 5, 2007, and that on or about December 19, 2007, an Order was signed by the Honorable Andrea Bryan exonerating Plaintiff of the offenses for which he had been arrested. Defendants deny all other allegations.

## II. JURISDICTION AND VENUE

Answering the allegations of paragraphs 4 through 9 of the Complaint, the Defendants admit this Court has jurisdiction and that venue is proper. Defendants deny all other allegations.

## III. PARTIES

Answering the allegations of paragraph 10 of the Complaint, Defendants admit Jeffrey Rodriguez is the Plaintiff. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations and therefore deny those allegations.

Answering the allegations of paragraph 11 of the Complaint, Defendants admit Carmelo Ramirez is an individual. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations and therefore deny those allegations.

Answering the allegations of paragraph 12 of the Complaint, Defendants admit the County of Santa Clara is a charter county of the state, duly organized and existing under and by virtue of the laws of the State of California, and has the capacity to sue and be sued. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations and therefore deny those allegations.

Answering the allegations of paragraph 13 of the Complaint, Defendants deny all allegations therein.

Answering the allegations of paragraph 14 of the Complaint, Defendants admit these allegations.

Answering the allegations of paragraph 15 of the Complaint, Defendants deny all allegations therein.

Answering the allegations of paragraph 16 of the Complaint, Defendants admit these allegations.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages        -2-        C08-01377 JF

1   Answering the allegations of paragraphs 17 through 23 of the Complaint, Defendants deny all allegations therein.

## IV. FACTUAL BACKGROUND

Answering the allegations of paragraphs 24 and 25 of the Complaint, Defendants admit these allegations.

Answering the allegations of paragraph 26 of the Complaint, Defendants admit that Ramirez went to the DMV the day following the robbery. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations, and therefore deny those allegations.

Answering the allegations of paragraph 27 of the Complaint, Defendants admit Ramirez identified the Plaintiff in a DMV line as the robber and San Jose police officers placed the Plaintiff under arrest and booked him into jail. Defendants deny all other allegations.

Answering the allegations of paragraph 28 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the these allegations, and therefore deny those allegations.

Answering the allegations of paragraph 29 of the Complaint, Defendants admit that when Plaintiff was arrested he did not have on his possession any items taken from Ramirez, and was wearing light-colored shoes. Defendants deny all other allegations.

Answering the allegations of paragraph 30 of the Complaint, Defendants admit the Plaintiff's residence was searched following his arrest and admit police did not find a gun during the search. Defendants admit police seized a black leather jacket and admit Ramirez insisted Rodriguez was the person who robbed him. Defendants deny all other allegations.

Answering the allegations of paragraph 31 of the Complaint, Defendants deny all allegations therein.

### FORENSIC ANALYSIS BY MARK MORIYAMA

Answering the allegations of paragraph 32 of the Complaint, Defendants admit Pomeroy was a police investigator on the case. Defendants admit Pomeroy went to the scene of the robbery. Defendants lack information or knowledge sufficient to form a belief as to the

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages                -3-                          C08-01377 JF

remaining allegations, and therefore deny those allegations.,

Answering the allegations of paragraph 33 of the Complaint, Defendants admit Pomeroy submitted a pair of blue jeans for an analysis regarding oil stains on or about August 21, 2002. Defendants admit Moriyama took control samples as well as a sample of the stain. Defendants admit Moriyama conducted gas chromatographic and mass spectrometric tests. Defendants deny all other allegations.

Answering the allegations of paragraph 34 of the Complaint, Defendants deny all allegations.

Answering the allegations of paragraph 35 of the Complaint, Defendants admit Moriyama's report underwent a technical review and administrative review around October 2002. Defendants deny all other allegations.

Answering the allegations of paragraphs 36 and 37 of the Complaint, Defendants deny all allegations.

## THE FIRST TRIAL

Answering the allegations of paragraph 38 of the Complaint, Defendants admit Plaintiff was tried around February 2003. Defendants admit John Luft was the prosecutor. Defendants admit Ramirez never admitted to the prosecution any doubts about Plaintiff being the person who robbed him. Defendants deny all other allegations.

Answering the allegations of paragraph 39 of the Complaint, Defendants admit Moriyama reviewed his test results and report prior to his testimony in trial. Defendants admit Luft used Moriyama's test and report as evidence linking Plaintiff to the scene of the crime. Defendants deny all other allegations.

Answering the allegations of paragraph 40 of the Complaint, Defendants admit a mistrial was declared around February 28, 2003 and that the jury was deadlocked 11-1 in favor of acquittal. Defendants deny all other allegations.

## THE SECOND TRIAL

Answering the allegations of paragraph 41 of the Complaint, Defendants admit there was a second trial and admit Ramirez had a meeting with Luft and Pomeroy before testifying at

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages            -4-            C08-01377 JF

the second trial. Defendants deny all other allegations.

Answering the allegations of paragraph 42 of the Complaint, Defendants admit the black leather jacket had been seized during the search of Rodriguez' house. Defendants admit Ramirez inspected the jacket during a meeting with Luft and Pomeroy, and admit Ramirez watched the video surveillance of the robbery. Defendants deny all other allegations.

Answering the allegations of paragraph 43 of the Complaint, Defendants deny all allegations therein.

Answering the allegations of paragraph 44 of the Complaint, Defendants admit Moriyama had the opportunity to review his test results and conclusions before testifying. Defendants deny all other allegations.

Answering the allegations of paragraph 45 of the Complaint, Defendants admit Rodriguez was found guilty and subsequently sentenced to state prison. Defendants deny all other allegations.

### 6th DISTRICT COURT OF APPEALS REVERSAL OF CONVICTION

Answering the allegations of paragraph 46 of the Complaint, Defendants admit some time in June 2006, the 6th District Court reversed Plaintiff's conviction and remanded Plaintiff's case to the Superior Court.

Answering the allegations of paragraph 47 of the Complaint, Defendants admit Gutierrez and Pandori were assigned to the case. Defendants deny all other allegations.

### NEW EVIDENCE DISCOVERED PRIOR TO RODRIGUEZ'S THIRD TRIAL

Answering the allegations of paragraph 48 of the Complaint, Defendants admit that on or about December 26, 2006, a joint recreation of the circumstances of the robbery was attempted using Plaintiff's black leather jacket. Defendants deny all other allegations.

Answering the allegations of paragraph 49 of the Complaint, Defendants admit various investigators, Kragen's personnel and Stutchman were present. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations, and therefore deny those allegations.

Answering the allegations of paragraphs 50, 51 and 52 of the Complaint, Defendants

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages        -5-        C08-01377 JF

1  deny all allegations.

2  Answering the allegations of paragraph 53 of the Complaint, Defendants admit the joint
3  recreation was a factor in the decision to dismiss the charges against Plaintiff. Defendants deny
4  all other allegations.

5  Answering the allegations of paragraph 54 of the Complaint, Defendants admit these
6  allegations.

7  Answering the allegations of paragraph 55 of the Complaint, Defendants admit Pandori
8  turned the transcription of the tape over to Plaintiff's attorney. Defendants deny all other
9  allegations.

10  Answering the allegations of paragraphs 56, 57 and 58 of the Complaint, Defendants
11  deny all allegations therein.

12  Answering the allegations of paragraph 59 of the Complaint, Defendants admit that on
13  or about February 2, 2007, the charges against Plaintiff were dismissed and on or about
14  February 6, 2007, Plaintiff was released from custody.

15  ## V. ALLEGATIONS

16  Answering the allegations in paragraphs 60 through 66 of the Complaint, Defendants
17  deny all allegations therein.

18  ## VI. CAUSES OF ACTION

19  ### FIRST CAUSE OF ACTION

20  As to the allegations contained in paragraph 67 of the Complaint, Defendants
21  incorporate and reallege their answers to all previous allegations.

22  Answering the allegations of paragraphs 68 through 71 of the Complaint, Defendants
23  deny all allegations therein.

24  ### SECOND CAUSE OF ACTION

25  As to the allegations contained in paragraph 72 of the Complaint, Defendants
26  incorporate and reallege their answers to all previous allegations.

27  Answering the allegations contained in paragraphs 73 and 74 of the Complaint, the
28  named Defendants deny all allegations therein.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages     -6-     C08-01377 JF

**THIRD CAUSE OF ACTION**

As to the allegations contained in paragraph 75 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs, 76, 77 and 78 of the Complaint, the named Defendants deny all allegations therein.

**FOURTH CAUSE OF ACTION**

As to the allegations contained in paragraph 79 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraph 80 of the Complaint, the named Defendants deny all allegations therein.

**FIFTH CAUSE OF ACTION**

As to the allegations contained in paragraph 81 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 82 through 85, the named Defendants deny all allegations therein.

**SIXTH CAUSE OF ACTION**

As to the allegations contained in paragraph 86 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 87, 88 and 89 of the Complaint, these allegations are not made against Defendants and Defendants neither admit, deny or otherwise respond to these allegations.

**VII.  PRAYER FOR RELIEF**

Defendants deny Plaintiff is entitled to damages of any kind of character, attorney's fees, costs of suit, or any other recovery or relief that may be sought or requested.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the Complaint fails to state facts sufficient to constitute a

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages        -7-        C08-01377 JF

cause of action and/or claim for relief.

## SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff was guilty of willful misconduct, carelessness and/or negligence in and about the matters alleged in the Complaint, and that said misconduct, carelessness and/or negligence was the sole cause and/or a substantial factor of any alleged injuries and/or damages.

## THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the sole cause and/or substantial factor of any alleged injuries or damages was the negligence and/or intentional conduct of persons, or entities for which Defendants have no responsibility and that Plaintiff's recovery, if any, from any answering Defendant should therefore be barred or reduced to the extent of said party's conduct.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to mitigate any alleged damages.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that their conduct or the conduct of any agents and/or employees, was at all times privileged and/or justified under the facts and circumstances.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that at all times therein, they, or their agents and/or employees, acted with a good faith belief in the propriety of their conduct, and performed and discharged in good faith each and every duty and/or obligation, if any, owed to Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that their conduct or the conduct of any agents and/or employees,

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages         -8-         C08-01377 JF

was proper, legal and in substantial compliance with all applicable regulations, codes, statutes, and/or ordinances.

### EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that any acts and/or omissions on the part of any of them, if any there be, were discretionary and not ministerial in nature.

### NINTH AFFIRMATIVE DEFENSE

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that any acts and/or omissions on the part of the individual Defendants were done as part of the prosecution of Plaintiff and are entitled to absolute immunity under state and federal law.  Defendants also allege that any acts and/or omissions on the part of the individual Defendants, were subjectively and/or objectively reasonable so as to entitle them to qualified immunity based upon applicable state or federal law for any acts and/or omissions within the course and scope of their employment.

### TENTH AFFIRMATIVE DEFENSE

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff's claims are barred by the appropriate statute of limitations as set forth in the Code of Civil Procedure, and that Plaintiff has pled no facts or circumstances tolling said statute.

### ELEVENTH AFFIRMATIVE DEFENSE

AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege Plaintiff has failed to comply with the applicable claim presentation requirements of the Government Code and that such failure precludes the Plaintiff from maintaining this action against Defendants.

### TWELFTH AFFIRMATIVE DEFENSE

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants assert each and every defense and immunity afforded to them by California Government Code Sections 800-1000, and any other statutorily or judicially

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to First Amended
Complaint for Damages          -9-                    C08-01377 JF

prescribed defenses or immunities set forth in state and federal law, including but not limited to Government Code Sections 815, 815.2, 818, 818.2, 818.8, 820.2, 820.4, 820.8, and 821.6.

### THIRTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to allege facts sufficient to constitute a claim for punitive damages.

WHEREFORE, these answering Defendants pray that Plaintiff take nothing by way of his Complaint, that Defendants have judgment entered against Plaintiff for their costs of suit and for such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

All Defendants hereby demand a jury trial in this action.

Dated: August 1, 2008

ANN MILLER RAVEL
County Counsel

By:        /S/
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK MORIYAMA, JOHN LUFT

137565.wpd