## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 8, 2008
**Case Number:** CV-08-1377-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:           JEFFREY RODRIGUEZ  V.  COUNTY OF SANTA CLARA, ET AL

                 PLAINTIFF                          DEFENDANT

**Attorneys Present: Jaime Leanos**                **Attorneys Present: David Rollo**

---

PROCEEDINGS:
    Case management conference held.  Parties are present.  Mr. Rollo shall prepare the case management schedule.