1   JAIME A. LEANOS, Attorney at Law (#159471)
    LAW OFFICES OF MORALES & LEANOS
2   75 East Santa Clara Street, Suite 250
    San Jose, CA 95113
3   Telephone: (408) 294-6800
    Facsimile: (408) 294-7102
4   Email: jleanoslaw@pacbell.net

5   Attorney for Plaintiff
    JEFFREY RODRIGUEZ

6

7   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
8   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
9   San Jose, California  95110-1770
    Telephone:  (408) 299-5900
10  Facsimile:  (408) 292-7240
    Email: david.rollo@cco.sccgov.org

11

12  Attorneys for Defendants
    COUNTY OF SANTA CLARA, SANTA
13  CLARA COUNTY OFFICE OF THE
    DISTRICT ATTORNEY, SANTA CLARA
14  COUNTY CRIME LABORATORY, MARK
    MORIYAMA, JOHN LUFT

15

16                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
17                          (SAN JOSE)

18

19  JEFFREY RODRIGUEZ,              )   No.    C08-01377 JF
                                    )
20          Plaintiff,              )   **ORDER SETTING CASE**
                                    )   **MANAGEMENT DEADLINES**
21  v.                              )
                                    )
22  THE COUNTY OF SANTA CLARA,      )
    et al.,                         )
23                                  )
                                    )
24          Defendants.             )
                                    )
25  _____    )

26          The Initial Case Management Conference in this case was held on August 8, 2008, in

27  Courtroom #3 of the United States District Court for the Northern District of California., the

28  Honorable Jeremy Fogel presiding. Appearing for plaintiff Jeffrey Rodriguez was Jaime

1  Leanos.  Appearing for defendants County of Santa Clara, Santa Clara County Office of the

2  District Attorney, Santa Clara County Crime Laboratory, Mark Moriyama and John Luft was

3  Deputy County Counsel David M. Rollo.  The parties proposed the following dates:

4          Close of fact discovery on.........................................April 24, 2009

5          Last day to disclose expert witnesses.......................May 22, 2009

6          Close of expert discovery on...................................June 19, 2009

7          Last day to file dispositive motions..........................July 31, 2009

8          The parties also proposed assignment to Magistrate Judge Seeborg for a settlement

9  conference as their ADR plan for the case.

10          The Court,  having heard and considered the parties proposals, HEREBY MAKES THE

11  FOLLOWING CASE MANAGEMENT ORDER:

12          The Court adopts the case management deadlines as proposed by the parties.

13          The Court will adopt the ADR proposal by the parties and refer the case to Magistrate

14  Judge Seeborg for a Settlement Conference at an appropriate date and time.

15  **IT IS SO ORDERED.**

16

17  Dated: _____          _____

18                                          HONORABLE JEREMY FOGEL
                                            Judge, U.S. District Court

19

20

21

22

23

24  138769.wpd

25

26

27

28