| | |
|---|---|
| 1 | JAIME A. LEANOS, Attorney at Law (#159471) |
| | LAW OFFICES OF MORALES & LEANOS |
| 2 | 75 East Santa Clara Street, Suite 250 |
| | San Jose, CA 95113 |
| 3 | Telephone: (408) 294-6800 |
| | Facsimile: (408) 294-7102 |
| 4 | Email: jleanoslaw@pacbell.net |
| 5 | Attorney for Plaintiff |
| | JEFFREY RODRIGUEZ |
| 6 | |
| 7 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
| 8 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 9 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 10 | Facsimile: (408) 292-7240 |
| | Email: david.rollo@cco.sccgov.org |
| 11 | |
| 12 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, SANTA |
| 13 | CLARA COUNTY OFFICE OF THE |
| | DISTRICT ATTORNEY, SANTA CLARA |
| 14 | COUNTY CRIME LABORATORY, MARK |
| | MORIYAMA, JOHN LUFT |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

JEFFREY RODRIGUEZ,                    )   No.   C08-01377 JF
                                      )
    Plaintiff,                        )   **ORDER SETTING CASE**
                                      )   **MANAGEMENT DEADLINES**
v.                                    )
                                      )
THE COUNTY OF SANTA CLARA,            )
et al.,                               )
                                      )
                                      )
    Defendants.                       )
_____)

The Initial Case Management Conference in this case was held on August 8, 2008, in Courtroom #3 of the United States District Court for the Northern District of California., the Honorable Jeremy Fogel presiding. Appearing for plaintiff Jeffrey Rodriguez was Jaime

1  Leanos. Appearing for defendants County of Santa Clara, Santa Clara County Office of the
2  District Attorney, Santa Clara County Crime Laboratory, Mark Moriyama and John Luft was
3  Deputy County Counsel David M. Rollo. The parties proposed the following dates:
4      Close of fact discovery on........................................April 24, 2009
5      Last day to disclose expert witnesses.......................May 22, 2009
6      Close of expert discovery on...................................June 19, 2009
7      Last day to file dispositive motions..........................July 31, 2009
8      The parties also proposed assignment to Magistrate Judge Seeborg for a settlement
9  conference as their ADR plan for the case.
10     The Court, having heard and considered the parties proposals, HEREBY MAKES THE
11 FOLLOWING CASE MANAGEMENT ORDER:
12     The Court adopts the case management deadlines as proposed by the parties.
13     The Court will adopt the ADR proposal by the parties and refer the case to Magistrate
14 Judge Seeborg for a Settlement Conference at an appropriate date and time.
15 **IT IS SO ORDERED.**
16
17 Dated: 8/20/08    _____
18     HONORABLE JEREMY FOGEL
    Judge, U.S. District Court

138769.wpd