| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK MORIYAMA, JOHN LUFT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| JEFFREY RODRIGUEZ, | ) | No.   C08-01377 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINE** |
| v. | ) | |
| | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff Jeffrey Rodriguez and Defendants County of Santa Clara, John Luft, and Mark Moriyama, by and through their counsel of record, hereby stipulate for purposes of this request to continue case management deadline and respectfully request an Order as follows:

1. This case was filed on March 11, 2008.  Plaintiff was incarcerated for a robbery and later released from prison and declared factually innocent by the District Attorney's Office. This lawsuit against the crime lab analyst and the prosecutor has followed.

2. This Court issued a case management conference order on August 20, 2008, setting the following deadlines: (1) close of fact discovery on April 24, 2009; (2) last day to disclose expert witnesses on May 22, 2009; (3) close of expert discovery on June 19, 2009; and (4) last day to file dispositive motions on July 31, 2009.

1   3. Mr. Rodriguez obtained a factual finding of innocence and pursuant to that finding,
2   the Superior Court of California ordered destruction of all records pertaining to his criminal
3   prosecutions and incarceration (e.g. Department of Correction Records, San Jose Police
4   Department, etc.). Defendants issued subpoenas to these entities who refused to produce, or
5   even acknowledge, that they had responsive records in light of the court order. Many of these
6   documents are discoverable and necessary to Defendants' defense of this case. Thus,
7   Defendants with cooperation of Plaintiff's counsel, are attempting to modify the state court
8   order so that documents not yet destroyed can be retrieved. Defendants are not in a position to
9   conduct depositions until they have the available documents.

10   4. This case is also complicated. It involves three underlying criminal trials and
11   multiple parties. Plaintiff spent several years in prison, which may or may not be relevant to his
12   damages claims.

13   5. Defendants will likely file motions for summary judgment after having adequate
14   time to develop the facts. Counsel for both sides have nevertheless discussed their willingness
15   to participate in settlement conference with a magistrate judge.

16   6. For the reasons stated above and because of the complexity of this case, the parties
17   are requesting and stipulate to 10 month continuance of the above deadlines as follows:

18       a. CLOSE OF FACT DISCOVERY              February 12, 2010
19       b. LAST DAY TO DISCLOSE EXPERT          March 19, 2010
            WITNESSES
20
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

| | | | |
|---|---|---|---|
| 1 | c. | CLOSE OF EXPERT DISCOVERY | April 23, 2010 |
| 2 | d. | LAST DAY TO FILE DISPOSITIVE MOTIONS | May 28, 2010 |

**IT IS SO STIPULATED.**

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: March 27, 2009          By:    /S/
                                    ARYN PAIGE HARRIS
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA,
                                    SANTA CLARA COUNTY
                                    OFFICE OF THE DISTRICT
                                    ATTORNEY, SANTA CLARA
                                    COUNTY CRIME
                                    LABORATORY, MARK
                                    MORIYAMA, JOHN LUFT

Dated: March 27, 2009          By:    /S/
                                    JAIME LEANOS

                                    Attorneys for Plaintiff
                                    JEFFREY RODRIQUEZ

**IT IS SO ORDERED.**

Dated: 4/3/09

                                    HONORABLE JEREMY FOGEL
                                    United States District Court Judge

175170.wpd