| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |
| 5 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, SANTA |
| 6 | CLARA COUNTY OFFICE OF THE |
| | DISTRICT ATTORNEY, SANTA |
| 7 | CLARA COUNTY CRIME |
| | LABORATORY, MARK MORIYAMA, |
| 8 | JOHN LUFT |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | | |
|---|---|---|---|
| JEFFREY RODRIGUEZ, | ) | No. | C08-01377 |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **FOR REFERRAL TO MAGISTRATE** |
| v. | ) | **JUDGE SEEBORG FOR SETTLEMENT** |
| | ) | **CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

On August 20, 2008, this Court's Case Management adopted the case management deadlines as proposed by the parties and indicated it will refer the case to Magistrate Judge Seeborg for a settlement conference at an appropriate date and time. The parties have stipulated to an August 3, 2009 settlement conference date and are requesting a formal referral to

//
//
//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Prop] Order for Referral to
Mag istrate Judge Seeborg for SCH        -1-                                    C08-01377

Magistrate Judge Seeborg from this Court.

**IT IS SO STIPULATED.**

     I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: May 21, 2009

By: /S/
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK MORIYAMA, JOHN LUFT

Dated: May 21, 2009

By: /S/
JAIME LEANOS

Attorneys for Plaintiff
JEFFREY RODRIQUEZ

**IT IS SO ORDERED.**

Dated: 5/22/09

HONORABLE JEREMY FOGEL
United States District Court Judge

185454.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Prop] Order for Referral to
Magistrate Judge Seeborg for SCH           -2-                              C08-01377