1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
7  CLARA COUNTY OFFICE OF THE
   DISTRICT ATTORNEY, SANTA
8  CLARA COUNTY CRIME
   LABORATORY, MARK MORIYAMA,
9  JOHN LUFT

10

11                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                          (SAN JOSE)

13

14  JEFFREY RODRIGUEZ,            )   No.   C08-01377
                                 )
15        Plaintiff,             )   **STIPULATION FOR DISMISSAL AND**
                                 )   **ENTRY OF JUDGMENT AND ORDER**
16  v.                           )   **THEREON**
                                 )
17  COUNTY OF SANTA CLARA, et al.,)
                                 )
18        Defendants.            )
                                 )
19  _____)

20        IT IS HEREBY STIPULATED by and between plaintiff, JEFFREY RODRIGUEZ, and

21  defendant COUNTY OF SANTA CLARA, SANTA CLARA COUNTY OFFICE OF THE

22  DISTRICT ATTORNEY, SANTA CLARA COUNTY CRIME LABORATORY, MARK

23  MORIYAMA, JOHN LUFT, through their undersigned counsel, that the entire action be

24  dismissed with prejudice as to plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

25        IT IS FURTHER STIPULATED THAT the court shall direct the clerk to enter judgment

26  dismissing the entire action with prejudice.

27  / /

28  / /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal and Entry of Judgment
and Order Thereon                    -1-                    C08-01377

1    IT IS FURTHER STIPULATED THAT each party shall bear its own costs and

2    attorney's fees.

3        I hereby attest that I have on file the holograph signatures for the signatures indicated by

4    "conformed" signatures (/S/) within this e-filed document.

5    Dated: *9. 18. 2009*

6                                        JAIME A. LEANOS, Esq.
                                         Attorneys for Plaintiff

7

8    Dated: September 25, 2009                Respectfully submitted,

9                                        MIGUEL MÁRQUEZ
                                         Acting County Counsel

10

11                              By:        /S/
                                        ARYN PAIGE HARRIS
                                        Deputy County Counsel

12

13                                      Attorneys for Defendants
                                        COUNTY OF SANTA CLARA, SANTA
                                        CLARA COUNTY OFFICE OF THE
14                                      DISTRICT ATTORNEY, SANTA
                                        CLARA COUNTY CRIME
15                                      LABORATORY, MARK MORIYAMA,
                                        JOHN LUFT

16

17                               **ORDER**

18       THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED

19   ADJUDGED AND DECREED THAT:

20       1. The entire action be dismissed with prejudice as to all plaintiffs pursuant to Federal

21   Rule of Civil Procedure 41(a)(1)(ii).

22       2. The clerk shall enter judgment dismissing the entire action <u>with</u> prejudice.

23       3. Each party shall bear its own costs and attorney's fees.

24   DATED:   10/1/09

25                                      THE HONORABLE JEREMY FOGEL
                                        JUDGE OF THE DISTRICT COURT

26

27   210728_3.wpd

28

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal and Entry of Judgment
and Order Thereon                      -2-                          C08-01377